

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-18-00733-CR

Martin **BALLEZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court